REDEEMED CHRISTIAN CHURCH OF GOD, LIVING SPRING MIRACLE CENTER, INC.

v.

LOWER CHICHESTER TOWNSHIP ZONING HEARING BOARD and Lower Chichester Township

Petition of: Lower Chichester Township

No. 72 MAL 2017

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Marvin Dean MOWATT, Petitioner

No. 53 MAL 2017

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Shaun C. WARRICK, Petitioner

No. 62 EAL 2017

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.